R. G. HARRISON, Receiver of the First National Bank of Henderson, Appellant, v. B. H. HICKS, Trustee, Mildred W. Purvis, Administratrix and Individually, The Fidelity and Casualty Company, C. W. Hargrove and J. H. Zollicoffer, Appellees.

No. 3293.

Circuit Court of Appeals, Fourth Circuit.

April 29, 1932.

J. H. Bridgers, of Henderson, N. C., for appellant.

T. G. Stem, of Oxford, N. C., and R. G. Kittrell and B. H. Perry, both of Henderson, N. C., and Robert Ruark, of Raleigh, N. C. (Perry & Kittrell, of Henderson, N. C., on the brief), for appellees.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The decrees of the court below are affirmed on the authority of Byers v. McAuley, 149 U. S. 608, 13 S. Ct. 906, 37 L. Ed. 867; Yonley v. Lavender, 21 Wall. 276, 22 L. Ed. 536; Waterman v. Canal-Louisiana Bank, 215 U. S. 33, 44, 30 S. Ct. 10, 54 L. Ed. 80;

Kline v. Burke Construction Co., 260 U. S. 226, 43 S. Ct. 79, 67 L. Ed. 226, 24 A. L. R. 1077; Covell v. Heyman, 111 U. S. 176, 4 S. Ct. 355, 28 L. Ed. 390, and First National Bank v. Purvis, 201 N. C. 753, 161 S. E. 386. Affirmed.